UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  22CR1520-JLS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| EDUARDO MARTINEZ-PACHECO, | |
| Defendant. | |

JOINT MOTION HAVING BEEN ENTERED by the parties, and

GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Motion Hearing/Trial Setting be continued from August 12, 2022, at 1:30 p.m. to October 14, 2022, at 1:30 p.m. before Honorable Janis L. Sammartino.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  August 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge